**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-2303

In re: PHILIP JAY FETNER,

> Debtor.

------------------------------------

PHILIP JAY FETNER,

> Debtor - Appellant,

> v.

WILMINGTON SAVINGS FUND SOCIETY; HOTEL STREET CAPITAL; IRS;
US TRUSTEE; STEPHEN S. ROSZEL, VII, et.al.,

> Creditors - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria. Rossie David Alston, Jr., District Judge. (1:19-cv-00899-RDA-IDD)

Submitted: April 16, 2020                    Decided: April 20, 2020

Before GREGORY, Chief Judge, and WYNN and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Philip J. Fetner, Appellant Pro Se. Beth Ann Levene, UNITED STATES DEPARTMENT
OF JUSTICE, Washington, D.C.; Hugh Michael Bernstein, OFFICE OF THE UNITED

STATES TRUSTEE, Baltimore, Maryland; Andrew Justin Narod, BRADLEY ARANT BOULT CUMMINGS LLP, Washington, D.C.; William Davis Ashwell, MARK B. WILLIAMS & ASSOCIATES, PLC, Warrenton, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Jay Fetner appeals the district court's orders dismissing his bankruptcy appeal as untimely and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fetner v. Wilmington Sav. Fund*, No. 1:19-cv-00899-RDA-IDD (E.D. Va. Sept. 9, 2019; Oct. 17, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*